SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
NOVEMBER 16, 2021 SESSION


FILED
NOV 16 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.        CRIMINAL NO. 2:21-cr-00232
          18 U.S.C. § 922(g)(1)
          18 U.S.C. § 924(a)(2)

**SHAWN MACKENZIE TANT**

**I N D I C T M E N T**
(Felon in Possession of a Firearm)

The Grand Jury Charges:

1. On or about January 26, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant SHAWN MACKENZIE TANT did knowingly possess a firearm, that is, a Harrington and Richardson .38 caliber revolver, in and affecting interstate commerce.

2. At the time defendant SHAWN MACKENZIE TANT possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about July 20, 2011, in the Circuit Court of Wood County, West Virginia, case number 10-F-257, of three counts of Delivery of a Controlled Substance in violation of W. Va. Code § 60A-4-401(a)(ii).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                              WILLIAM S. THOMPSON
                              United States Attorney

By: _____
                              JEREMY B. WOLFE
                              Assistant United States Attorney